■ In the Matter of ERIC DEBERRY, Petitioner, v DONALD VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [45 NYS3d 821]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order

of the Supreme Court, entered in Ulster County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding to challenge a determination finding him guilty of violating a prison disciplinary rule. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge has been refunded to petitioner's inmate account. In light of this, and given that petitioner has received all of the relief to which he is entitled, the petition is dismissed as moot (*see Matter of Ballard v Racette*, 140 AD3d 1428 [2016]).

McCarthy, J.P., Garry, Egan Jr., Devine and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.